**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01468-CR

**CLARENCE RAY HINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-71067-Y**

## ORDER

Appellant's July 6, 2015 motion for an extension of time to file appellant's brief and request to supplement the clerk's record is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's jury charges and the jury verdicts on guilt/innocence and punishment.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/  LANA MYERS
    JUSTICE